B1 (Official Form 1)(1/08)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**New Image Advertising, Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4216976** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**799 Roosevelt Road**<br>**Ste. 103, No. 4**<br>**Glen Ellyn, IL**　　　　　ZIP Code **60137** | Street Address of Joint Debtor (No. and Street, City, and State):　　ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):　ZIP Code | Mailing Address of Joint Debtor (if different from street address):　ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**　　THIS SPACE IS FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **New Image Advertising, Ltd.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **New Image Advertising, Ltd.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Alex Pirogovsky**
Signature of Attorney for Debtor(s)

**Alex Pirogovsky 6256978**
Printed Name of Attorney for Debtor(s)

**Pirogovsky Fremderman, Ltd.**
Firm Name

**3100 Dundee Road**
**Suite 507**
**Northbrook, IL 60062**

Address

                **Email: alex@alexplaw.com**
**(847) 465-9800  Fax: (847) 580-4951**
Telephone Number

**December 12, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ William M. Anderson**
Signature of Authorized Individual

**William M. Anderson**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December 12, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
### Northern District of Illinois

In re   **New Image Advertising, Ltd.**                                             Case No.
                                      Debtor(s)                                     Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                **83**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **December 12, 2008**              **/s/ William M. Anderson**
                                            **William M. Anderson**/**President**
                                            Signer/Title

```
ADP
100 Northwest Point Blvd.
Elk Grove Village, IL 60007


Alina G. Czub
1212 Country Lane
Lemont, IL 60439


Alliance Communications, Inc.
408 S. Oak Park Avenue
Oak Park, IL 60302


Alliance Printers & Publishers, Inc
5711 N. Milwaukee Ave.
Chicago, IL 60646


Apple Financial Services
PO Box 532617
Atlanta, GA 30353-2617


AT&T
Bill Payment Center
Saginaw, MI 48663-0003


Bank of America
PO Box 660576
Dallas, TX 75266-0576


Bob Worthington Voice-Overs
29648 N. Birch Avenue
Lake Bluff, IL 60044


Camel City Poster Productions
428 Newsome Rd.
King, NC 27021


Chicago Sun-Times, Inc.
6901 W. 159th St.
Tinley Park, IL 60477


Chicago Tribune
435 N. Michigan Ave.
3rd Floor Credit
Chicago, IL 60611
```

```
CIT Technology Financial Svcs., Inc
PO Box 550599
Jacksonville, FL 32255-0599


Clear Channel Broadcasting Inc.
3944 Collection Center Dr.
Chicago, IL 60693


Clear Channel Outdoor, Inc.
PO Box 847247
Dallas, TX 75284-7247


Comcast Advertising Sales
Comcast Financial Agency
12964 Collections Center Dr.
Chicago, IL 60693


Commonwealth Edison
Bill Payment Center
Chicago, IL 60668-0001


Conley Services, LLC
PO Box 497
Beaver Dam, WI 53916


DHL Express (USA) Inc.
PO Box 4723
Houston, TX 77210-4723


Elio C. Benitez
7651 N. Greenview Ave.
Chicago, IL 60626-1209


EMC Insurance Companies
1815 S. Meyers Rd.
Suite 500
Oak Brook Terrace, IL 60181-5001


Federal Express
PO Box 94515
Palatine, IL 60094-4515


GFC Leasing
PO Box 2290
Madison, WI 53701-2290
```

```
Gordon Flesch Company, Inc.
PO Box 992
Madison, WI 53701-0992


Hoy
14848 Collections Center Drive
Chicago, IL 60693


Illinois Audio Productions Inc.
3906 Turner Ave.
Plano, IL 60545


Image Architecture
40 E. Delaware St.
Suite 1002
Chicago, IL 60611


Jennifer F. White
915 W. Schubert
1C
Chicago, IL 60614


Kara Communications, Inc.
6823 Hobson Valley Drive
Suite 201
Woodridge, IL 60517


Kelmscott, Inc.
1665 Mallette Rd.
Aurora, IL 60505-1354


Kristy Hammer
3044 Blanchard
West Chicago, IL 60185


La Raza Newspaper
6001 N. Clark St.
Chicago, IL 60660


Lake Outdoor
9425 N. Meridian St.
#226
Indianapolis, IN 46260
```

```
LaSalle Bank National Assoc.
Business Banking Loan Center
135 S. LaSalle St., Ste. 2510
Chicago, IL 60603


Lease Finance Group, Inc.
7700 Equitable Drive
Suite 203
Eden Prairie, MN 55344


Macke Water Systems
PO Box 545
Wheeling, IL 60090-0545


Mark J. Meehan
2343 Downing Ave.
Westchester, IL 60154


Mas Communications
1834 Ridge Avenue
Suite 108
Evanston, IL 60201


Midwest Suburban Publishing
6971 Paysphere Circle
Chicago, IL 60674


MSS Internet
478 Pennsylvania Ave.
Suite 203
Glen Ellyn, IL 60137


NextMedia Operating, Inc.
Dept. 809250
Chicago, IL 60680-9250


NextMedia Operating, Inc.
6312 S. Fiddlers Green Circle
Suite 360E
Englewood, CO 80111


Northwest News Group of Gr. Chicago
Shaw Suburban Media
444 Pine Hill Drive
Dixon, IL 61021
```

```
Paddock Publications, Inc.
PO Box 6236
Carol Stream, IL 60197-6236


Pioneer Press
135 S. LaSalle St.
Dept. 3132
Chicago, IL 60674-3132


Pitney Bowes
Po Box 85390
Louisville, KY 40285-5390


Quik Impressions
1385 Jeffery Drive
Addison, IL 60101


Roosevelt Glen Corporate Center
PO Box 1294
Bedford Park, IL 60499


Spanish Broadcasting System
2601 S. Bayshore Dr.
Coconut Grove, FL 33133


Suburban Chicago Newspapers
PO Box 1008
Tinley Park, IL 60477-9108


SVET International Publishing Co.
350 E. Dundee Rd.
Ste. 206
Wheeling, IL 60090


Telefutura
541 N. Fairbanks Ct.
Chicago, IL 60611


The Advertiser
236 Route 173
Antioch, IL 60002-1897


Time Warner Cable Ad Sales
13195 Collection Center Dr.
Chicago, IL 60693
```

Tribune Interactive
435 N. Michigan Ave.
Rm. 300
Chicago, IL 60611


TVC Broadcasting of Chicago, LLC
PO Box 226890
Miami, FL 33122-6890


United Bank Card, Inc.
PO Box 4006
Clinton, NJ 08809-4006


Univision Radio Illinois
625 N. Michigan Ave.
Suite 300
Chicago, IL 60611


Univision WGBO-TV
541 N. Fairbanks Ct.
Chicago, IL 60611


UPS
LOCKBOX 577
Carol Stream, IL 60132-0577


Viamedia
220 Lexington Green Circle
Suite 300/Accounts Receivable
Lexington, KY 40503


Video 44-WSNS TV-Telemundo
Lockbox 98322
Collection Center Drive
Chicago, IL 60693


Vondrak Publishing
6225 S. Kedzie Ave.
Chicago, IL 60629


WBBM-AM
22577 Network Place
Chicago, IL 60673-1225

```
WBBM-FM
22577 Network Place
Chicago, IL 60673-1225


WCCQ-FM/NextMedia
Dept. 809217
Chicago, IL 60680-2917


WCFS-FM
22702 Network Place
Chicago, IL 60673-9217


WCIU-TV Limited Partnership
3256 Paysphere Circle
Chicago, IL 60674


WCKG-FM
22702 Network Place
Chicago, IL 60673-1227


WFLD-TV
Attn: Accounts Receivable
91427 Collections Center Dr.
Chicago, IL 60693


WILV-FM
PO Box 811100
Chicago, IL 60681-1100


WKQK-FM
1198 Reliable Parkway
Chicago, IL 60686-0011


WKSC FM - Clear Channel
3964 Collections Center Dr.
Chicago, IL 60693


WLIT-FM
233 N. Michigan Ave.
#2800
Chicago, IL 60601


WLS-FM-94.7 Oldies
12318 Collections Center Dr.
Chicago, IL 60693
```

```
WNVR AM 1030 - Polskie Radio
3656 W. Belmont Ave.
Chicago, IL 60618


WPWR-TV
12428 Collections Center Dr.
Chicago, IL 60693


WPWX-FM
6336 Calumet Ave.
Hammond, IN 46324


WSCR-AM
22603 Network Place
Chicago, IL 60673


WSRB-FM Soul 106.3
6336 Calumet Ave.
Hammond, IN 46324


WTMX-FM
PO Box 811100
Chicago, IL 60681-1100


WUSN-FM
2251 Network Place
Lockbox 22521
Chicago, IL 60673-7225


WVAZ-FM Radio
3957 Collections Center Dr.
Chicago, IL 60693


WVLI The Valley
PO Box 758
Bourbonnais, IL 60914
```

# United States Bankruptcy Court
## Northern District of Illinois

In re **New Image Advertising, Ltd.**                                    Case No.
                                    Debtor(s)                            Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **New Image Advertising, Ltd.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **December 12, 2008** | **/s/ Alex Pirogovsky** |
| Date | **Alex Pirogovsky 6256978** |
| | Signature of Attorney or Litigant |
| | Counsel for  **New Image Advertising, Ltd.** |
| | **Pirogovsky Fremderman, Ltd.** |
| | **3100 Dundee Road** |
| | **Suite 507** |
| | **Northbrook, IL 60062** |
| | **(847) 465-9800 Fax:(847) 580-4951** |
| | **alex@alexplaw.com** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE: ) Chapter 7
   New Image Advertising, Ltd. ) Bankruptcy Case No.
) 
)
Debtor(s) )

**DECLARATION REGARDING ELECTRONIC FILING**
Signed by Debtor(s) or Corporate Representative
**To Be Used When Filing over the Internet**

PART I - DECLARATION OF PETITIONER    Date: __December 2, 2008__

A.    To be completed in all cases.

    I(We) __William M. Anderson__ and _____, the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my(our) attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. § 707(a) and 105.

B.    To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

    ☐    I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C.    To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

    ☒    I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature: _/s/ William M. Anderson_            Signature _____
       William M. Anderson
(Debtor or Corporate Officer, Partner or Member)           (Joint Debtor)